

# THE ATTORNEY GENERAL
# OF TEXAS

AUSTIN 11, TEXAS

GROVER SELLERS
~~WILL WILSON~~
ATTORNEY GENERAL

Honorable F. T. Graham
County Attorney
Cameron County
Brownsville, Texas

Dear Sir:

Opinion No. 0-7430
Re: Construction of Section 2 of
Article 7336f, V.A.C.S.

Your letter of recent date requesting an opinion from this department on the above subject matter is as follows:

"The Tax Collector of Cameron County is desirous of having prepared a combined delinquent tax roll for Cameron County, no combined roll having been compiled for a number of years.

"His deputies and assistants are unable to compile this tax roll within their regular working hours and he is compelled to have it compiled by outside people.

"The question that I have to answer with regard to this matter is as to the requirements in the way of obtaining bids for this work, so as to enable him to collect from the State its proportionate share of the cost of compiling these records.

"Section 2 of Article 7336F, Vernon's Civil Statutes, Annotated, merely says 'Payment for the compilation thereof shall be authorized at actual cost to the tax collector proportionately from each the State and County taxes, or municipal taxes, first collected from such record, such cost in no case to exceed a sum equal to five (5¢) cents per item or written line of the original copy of such record, etc.'

"I do not find any decisions of any court with reference to this matter, except that in Opinion 0-4644 issued out of the office of the Attorney General in 1942 there is a citation to Nueces County v. Cureton. This opinion is to the effect that where the County

Tax Assessor-Collector or his deputies who are paid
on a salary basis compile the delinquent tax records,
the time consumed in such work may be applied against
the rate of salary paid and considered as 'actual
cost' of compiling the records, etc.

"There is also an opinion 0-4941 in October, 1942
to the effect that if the Tax Assessor-Collector
lacks sufficient help to do the extra work he may
employ additional workers and pay his additional ex-
penses proportionately from the tax collections,
limited by the five (5¢) cents per line of the tax
roll; and there is Opinion 0-3942 of September ,
1941, which states that under the facts submitted
to your Department, the Comptroller is authorized
to pay a proportionate part of the compilation, etc.

"I do not have these opinions and should appre-
ciate receiving copies of them; but the particular
question in which we are now interested is whether
if the Tax Collector receives a number of bids for
compiling the delinquent tax roll whether or not it
will be necessary for him to advertise publicly for
bids in order to be in position to collect from the
State is proportional part of the cost of compiling
the delinquent tax roll.

"I ask this question because Form No. 2 Delinquent
Tax Record Expense Statement, which is a form prepared
by the Comptroller, requires the Assessor-Collector
to make a written statement that the roll was prepared
by 'Compiler under contract as lowest and best bidder.'

"To summarize:  Will the obtaining of a number of
bids without publicly advertising for bids be a suf-
ficient compliance with the law and the rulings of
the Comptroller's office?"

Article 7336f, Section 2, is as follows:

"Any County having as many as two years' taxes
delinquent which have not been included in the delin-
quent tax record, the Collector of taxes shall within
two years from the effective date of this Act, cause
to be compiled a delinquent tax record of all delin-
quent taxes not barred by this Act; the delinquent re-
cord shall be examined by the Commissioners' Court and
the Comptroller or governing body, corrections may be
ordered made, and when found correct and approved by
them, payment for the compilation thereof shall be

Hon. F. T. Graham, page 3          O-7430

authorized at actual cost to the Tax Collector,
proportionately from each the State and County
taxes, or municipal taxes, first collected from
such record, such cost in no case to exceed a
sum equal to five (5¢) cents per item or written
line of the original copy of such record and in
no event shall any compiling cost be charged to
the taxpayer. The delinquent tax record when
approved, shall be prima facie evidence of the
delinquency shown thereon, and when there shall
be as many as two years of delinquency accumulated
which are not shown on the record, a recompila-
tion, or a two year supplement thereto shall then
be made as herein provided. Tax Collectors shall
cause to be compiled like records of taxes delin-
quent due any district for which they collect
from tax rolls other than the State and county
rolls, and when approved by the governing body of
the particular district, the cost of same shall
be allowed in the manner herein provided."

Since the above statute does not provide for any specific
method for the tax collector to follow in letting the contract
to compile the delinquent tax rolls, you are advised that the
method used by you is a sufficient compliance with same. Your
question is therefore answered in the affirmative.

We are herewith enclosing copies of Opinions Nos. 0-5780,
0-4941, 0-4644 and 0-3942 for your information.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By s/Jno. C. Knorpp
Jno. C. Knorpp
Assistant

By s/John Reeves
John Reeves

JR:djm:wc
Enclosures

APPROVED NOV 20, 1946
s/Grover Sellers
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/GWB Chairman